UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ENRICO RAMON DE LA PAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No.  2:15-CV-00685-AC<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment, the request is hereby APPROVED.

　　　　Plaintiff shall file her Motion for Summary Judgment on or before October 12, 2015.

　　　　IT IS SO ORDERED.

DATED: August 19, 2015

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1