UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| ENRICO RAMON DE LA PAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No.  2:15-cv-00685-AC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of November 30, 2015, by twenty-one days, to the new due date of December 21, 2015, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has a very heaving briefing schedule prior to leaving for 9th Circuit oral argument in San Francisco.

///

///

///

1

1  DATED:  November 30 2015           BENJAMIN B. WAGNER
                                      United States Attorney
2                                     DONNA L. CALVERT
                                      Regional Chief Counsel, Region IX
3

4

5  */s/ Shellie Lott*                  */s/ Scott J. Borrowman*
   SHELLIE LOTT,                        SCOTT J. BORROWMAN,
6  Attorney for Plaintiff              (As authorized via E-mail on 11/30/15)
                                       Special Assistant U S Attorney
7                                      Attorneys for Defendant

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ENRICO RAMON DE LA PAZ,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>            Defendant. | No. 2:15-cv-00685-AC<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of plaintiff's time to reply to defendant's cross-motion for summary judgment, the request is hereby APPROVED. Plaintiff shall file his Reply on or before December 21, 2015.

IT IS SO ORDERED.

DATED: November 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3