1  SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
Stockton, California 95202
3  Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Linda Ziskin, SBN:  196293
6  Ziskin Law Office
PO Box 753833
7  Las Vegas, NV 89136
Telephone:  (503) 889-0472
8  Facsimile:  (888) 889-5776

9
Attorneys for Plaintiff,
10

11                    IN THE UNITED STATES DISTRICT COURT
12
                EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH
13

| | |
|---|---|
| 14  ENRICO RAMON DE LA PAZ, | Case No.:   2:15-cv-00685-AC |
| 15           Plaintiff, | |
| 16  vs. | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES |
| 17  CAROLYN W. COLVIN, | PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| 18  Acting Commissioner of Social Security, | |
| 19           Defendant | |

20

21        IT IS HEREBY STIPULATED by and between the parties through their undersigned
22
counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the
23
24  EAJA in the amount of FIVE THOUSAND SEVEN HUNDRED DOLLARS ($5,700.00).  This
25  amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by
26  counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.
27        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government
28
will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

1 | attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the
2 | assignment will depend on whether the fees and expenses are subject to any offset allowed under
3 | the United States Department of the Treasury's Offset Program.  After the order for EAJA fees
4 | and expenses is entered, the government will determine whether they are subject to any offset.
5 | Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
6 | determines that Plaintiff does not owe a federal debt, then the government shall cause the
7 | payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the
8 | assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

                                        Respectfully submitted,

Dated: December 28, 2016          */s/ Shellie Lott*
                                  SHELLIE LOTT
                                  Attorney for Plaintiff

                                  PHILLIP A. TALBERT
                                  United States Attorney
                                  DEBORAH LEE STACHE
                                  Regional Chief Counsel


Date: December 28, 2016           */s/Scott Borrowman*
                                  (As authorized via email on 12/21/16)
                                  Special Assistant United States Attorney


STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

1

**ORDER**

2

Pursuant to the stipulation, it is so ordered.

3

DATE:  January 18, 2017

4

5

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)